COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# NOTICE OF ORDER ON MOTION

Cause number:              01-14-00052-CR

Style:                     Donta Tremaine Browning

                           v. The State of Texas

Date motion filed*:        March 9, 2015

Type of motion:            Motion for Rehearing

Party filing motion:       Appellant

Ordered that motion is:

☐        Granted

☒        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)


Judge's signature:  Harvey Brown

            ☒ Acting individually        ☐ Acting for the Court

Panel consists of Chief Justice Sherry Radack and Justices Harvey Brown and Russell Lloyd.

Date:   March 26, 2015

---

*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).